UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GOMEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ADELANTO DETENTION FACILITY,<br><br>　　　　　　Respondent. | No. CV 12-9417  FFM<br><br>JUDGMENT |

　　Pursuant to the Order re Respondent's Motion to Dismiss Amended

　　IT IS ADJUDGED that the Amended Petition is dismissed without prejudice.


DATED:  August 21, 2013


　　　　　　　　　　　　　　　　　　　　　/S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge